STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 228223)
LAUREN HARDING (CABN 308029)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7320
      FAX: (415) 436-7234
      joseph.tartakovsky@usdoj.gov
      lauren.harding@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:21-CR-00133-VC |
| | ) | |
|     Plaintiff, | ) | **UNITED STATES' PRELIMINARY** |
| | ) | **EXHIBIT LIST** |
|   v. | ) | |
| | ) | Judge:      Hon. Vince Chhabria |
| RAMAJANA HIDIC DEMIROVIC, | ) | Pretrial Conf.: July 25, 2022 |
| | ) | Time:      1:00 p.m. |
|     Defendant. | ) | Trial Date:  August 8, 2022 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The United States respectfully submits the following Preliminary Exhibit List for exhibits that may be used during the government's case-in-chief at trial.  The government respectfully reserves the right to amend this list before and during trial as necessary.  To account for potential additions to the exhibit list before and during trial, the government has left several cells intentionally blank.  This list does not include all exhibits that the government may seek to use for refreshing recollection, impeachment, or rebuttal purposes.  A number of exhibits will be used, as necessary, to refresh recollection or as past recollection recorded, or for similar purposes.

DATED:          July 18, 2022                              Respectfully submitted,

                                                           STEPHANIE M. HINDS
                                                           United States Attorney


                                                           _____/s/_____
                                                           JOSEPH TARTAKOVSKY
                                                           LAUREN HARDING
                                                           Assistant United States Attorneys

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 1 | US-DEM-098609 | | Photo of E. Fortescue | | |
| 2 | US-DEM-003490 | | Phone voice message from R. Demirovic to A. Fortescue | | |
| 3 | US-DEM-097927 | US-DEM-097938 | Screenshots of Texts and Instagram Posts from E. Fortescue | | |
| 4 | US-DEM-097930 | | Screenshots of Instagram Notification (@rami.demirovic requesting to follow li55ybean] | | |
| 5 | US-DEM-000552 | US-DEM-000556 | Text messages between R. Demirovic to A. Fortescue | | |
| 6 | US-GOOG2-0031702 | | Text message from R. Demirovic to A. Fortescue and E. Fortescue | | |
| 7 | US-DEM-002834 | US-DEM-002837 | 12.18.2017 - Email from B. Payne re Email Sent from R. Demirovic | | |
| 8 | US-DEM-098406 | US-DEM-098408 | 12.16.2017 - Email from R. Demirovic to R. Jones | | |
| 9 | US-DEM-002558 | | 9.25.2020 - Email/voice message from A. Fortescue to FBI re "Rami article" | | |
| 10 | US-DEM-098776 | US-DEM-098778 | Instagram Profile and Posts by "Misstreasureislandot" | | |
| 11 | US-DEM-098759 and US-DEM-098764 | | Texts from R. Demirovic to Emilie Suarez | | |
| 12 | US-DEM-098779 | US-DEM-098789 | Texts between R. Jones and Emilie Suarez | | |
| 13 | US-DEM-098410 | | 1.8.2018 - Email from A. Demirovic to R. Jones | | |
| 14 | US-DEM-098417 | | 1.27.2018 - Email from A. Demirovic to R. Jones | | |
| 15 | US-DEM-098741 | US-DEM-098747 | 1.27.2018 - Email from R. Jones to A. Demirovich re "Personal Response" | | |
| 16 | US-DEM-098413 | US-DEM-098415 | 3.22 and 3.23.2017 Emails Between R. Demirovic to R. Jones | | |
| 17 | N/A | N/A | *Intentionally Blank* | | |
| 18 | N/A | N/A | *Intentionally Blank* | | |
| 19 | N/A | N/A | *Intentionally Blank* | | |
| 20 | N/A | N/A | *Intentionally Blank* | | |
| 21 | N/A | N/A | *Intentionally Blank* | | |
| 22 | N/A | N/A | *Intentionally Blank* | | |
| 23 | N/A | N/A | *Intentionally Blank* | | |
| 24 | N/A | N/A | *Intentionally Blank* | | |

USA PRELIMINARY EXHIBIT LIST

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 25 | US-DEM-002498 | US-DEM-002505 | 5.11.2016 - Student Witness Declaration by Fionn Heron | | |
| 26 | US-DEM-002801 | US-DEM-002803 | 12.23.2016 - Declaration of Fionn Heron ISO J. Flores's TRO | | |
| 27 | US-DEM-002506 | US-DEM-002520 | 9.19.2016 - Susy Heron Email to B. Payne and Texts | | |
| 28 | US-DEM-002515 | US-DEM-002521 | 5.11.2016 - Texts from R. Demirovic to S. Heron | | |
| 29 | US-DEM-002667 | US-DEM-002732 | 9.19.2016 - Email from Susy Heron to Barnaby Payne | | |
| 30 | US-DEM-002751 | US-DEM-002753 | 11.22.2016 - Email from Susy Heron to Barnaby Payne | | |
| 31 | US-DEM-002525 | US-DEM-002551 | 9.19.2020 - Email from Susy Heron to FBI | | |
| 32 | US-DEM-097813 | US-DEM-097814 | Messages from A. Demirovic and R. Demirovic | | |
| 33 | US-DEM-000523 | US-DEM-000532 | iPhone texts and Social Media Posts re R. Demirovic | | |
| 34 | US-DEM-097893 | US-DEM-097911 | 1.3.2017 Emails between R. McCan and C. Boyle at SFUSD | | |
| 35 | US-DEM-002758 | US-DEM-002769 | 1.4.2017 Emails Between R. McCan and C. Boyle at SFUSD | | |
| 36 | N/A | N/A | *Intentionally Blank* | | |
| 37 | N/A | N/A | *Intentionally Blank* | | |
| 38 | N/A | N/A | *Intentionally Blank* | | |
| 39 | N/A | N/A | *Intentionally Blank* | | |
| 40 | US-DEM-098610 | US-DEM-098610 | Photo of Joseph Flores 7.6.2016 | | |
| 41 | US-DEM-098611 | US-DEM-098611 | Photo of Joseph Game Day 12.2.2015 | | |
| 42 | US-DEM-098612 | US-DEM-098612 | Photo of Michelle Kilkenny | | |
| 43 | US-DEM-002325 | US-DEM-002388 | 5.24.2016 to 8.23.2016 - Text messages between A. Demirovic and J. Flores | | |
| 44 | US-DEM-002337 | | Text Messages between A. Demirovic and J. Flores (Selection 1) | | |
| 45 | US-DEM-002341 | | Text Messages between A. Demirovic and J. Flores (Selection 2) | | |
| 46 | US-DEM-002358 | US-DEM-002361 | Text Messages between A. Demirovic and J. Flores (Selection 3) | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 47 | US-DEM-002369 | | Text Messages between A. Demirovic and J. Flores (Selection 4) | | |
| 48 | US-DEM-002372 | US-DEM-002388 | Text Messages between A. Demirovic and J. Flores (Selection 5) | | |
| 49 | US-DEM-002386 | | 7.7.2016 - Text Messages between A. Demirovic and J. Flores | | |
| 50 | US-DEM-002388 | | 8.23.2016 - Text Messages between A. Demirovic an J. Flores | | |
| 51 | US-DEM-002391 | US-DEM-002396 | 7.7.2016 to 8.23.2021 - Text messages between R. Demirovic and J. Flores | | |
| 52 | US-DEM-002878 | US-DEM-002882 | Screenshots of Instagram Posts and Messages from @joetheshit and Joe Thesmalldick | | |
| 53 | US-DEM-002404 | US-DEM-002405 | 9.20.2016 - SFPD Incident Report (Michelle Kilkenny) | | |
| 54 | US-DEM-002646 | US-DEM-002666 | September 2016 Emails between B. Payne and M. Kilkenny | | |
| 55 | US-DEM-002733 | US-DEM-002741 | October 2016 Emails between B. Payne and M. Kilkenny | | |
| 56 | US-DEM-002742 | US-DEM-002750 | October 2016 Emails between B. Payne and M. Kilkenny | | |
| 57 | US-DEM-003395 | US-DEM-003397 | Facebook Messages between R. Demirovic and M. Kilkenny | | |
| 58 | US-DEM-002175 | US-DEM-002221 | 10.11.2016 - Request for Restraining Order by J. Flores against A. Demirovich | | |
| 59 | US-DEM-002222 | US-DEM-002248 | 10.27.2016 - Request for Restraining Order by A. Demirovich against J. Flores | | |
| 60 | US-DEM-000533 | US-DEM-000551 | 10.26.2016 - Request for Restraining Order by Ayra Demirovich v. Joseph Flores | | |
| 61 | US-DEM-002770 | US-DEM-002800 | 1.31.2017 - Declaration of Joe Flores ISO TRO | | |
| 62 | US-DEM-003387 | US-DEM-003391 | 2.2.2016 - Stipulated Settlement Agreement in Joe Flores v. Ayra Demirovich | | |
| 63 | US-DEM-000557 | US-DEM-000564 | 2.3.2017 - Request for Restraining Order by Joseph Flores v. Rami Demirovic | | |
| 64 | US-DEM-003531 | US-DEM-003536 | 2.6.2017 - Temporary Restraining Order by Joe Flores v. Rami Demirovich | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 65 | US-DEM-003402 | US-DEM-003404 | 3.27.2016 - Declaration of Michelle Kilkenny ISO TRO | | |
| 66 | US-DEM-003491 | US-DEM-003530 | 3.14.2017 Response to Request for TRO by Rami Demirovich | | |
| 67 | US-DEM-035405 | US-DEM-003408 | 3.29.2017 - Stipulated Settlement Agreement in Joe Flores v. Rami Demirovich | | |
| 68 | US-DEM-003392 | | 3.27.2017 - Letter from Grandfather of J. Flores (E. Flores) ISO TRO | | |
| 69 | US-DEM-003393 | | 3.27.2017 Letter from Grandmother of J. Flores (Christine Welcome) ISO TRO | | |
| 70 | US-DEM-003394 | | 3.26.2017 Letter from Science Teacher of J. Flores (Krista Williams) ISO TRO | | |
| 71 | US-DEM-003398 | | Letter from Soccer Coach of J. Flores (Nemanja Colovic) ISO TRO | | |
| 72 | US-DEM-003399 | | 3.27.2017 Letter from Spanish Teacher of J. Flores (Doug Thorogood) ISO TRO | | |
| 73 | US-DEM-003400 | | 3.27.2017 Letter from Dean at Sacred Heart Cathedral re J. Flores (Mario Sazo) ISO TRO | | |
| 74 | US-DEM-003401 | | Letter from Dean at Sacred Heart Cathedral | | |
| 75 | | | *Intentionally Blank* | | |
| 76 | | | *Intentionally Blank* | | |
| 77 | | | *Intentionally Blank* | | |
| 78 | | | *Intentionally Blank* | | |
| 79 | | | *Intentionally Blank* | | |
| 80 | | | *Intentionally Blank* | | |
| 81 | | | *Intentionally Blank* | | |
| 82 | | | *Intentionally Blank* | | |
| 83 | | | *Intentionally Blank* | | |
| 84 | | | *Intentionally Blank* | | |
| 85 | US-DEM-002263 | US-DEM-002268 | Mementos and Letters from A. Demirovic to T. Voorsanger | | |
| 86 | US-DEM-002269 | US-DEM-002271 | 2.25.2018 - Screenshots of Texts between T. Voorsanger and W. Voorsanger | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 87 | US-DEM-002272 | US-DEM-002274 | 2.26.2018 - Emails Between T. Voorsanger and A. Demirovic | | |
| 88 | US-GOOG2-0033266 | | 3.5.2018 - Email from A. Demirovic to T. Voorsanger | | |
| 89 | US-DEM-002255 | US-DEM-002262 | Letters from A. Demirovic to W. Voorsanger and T. Voorsanger | | |
| 90 | US-DEM-001734 | | 3.14.2018 - Messages between T. Voorsanger and A. Demirovic | | |
| 91 | US-DEM-001733 | | Texts between T. Voorsanger and A. Demirovic | | |
| 92 | US-DEM-098000 | | Texts between R. Demirovic and T. Voorsanger | | |
| 93 | US-DEM-090130 | | Texts from R. Demirovic to T. Voorsanger | | |
| 94 | US-DEM-098005 | | Messages from A. Demirovic ("bye_ra") to T. Voorsanger | | |
| 95 | US-DEM-098003 | | Messages from A. Demirovic ("bye_ra") to T. Voorsanger | | |
| 96 | US-DEM-090132 | | Post by A. Demirovic "bye_ra" re "oh bubs" | | |
| 97 | US-DEM-098773 | | Post by A. Demirovic "bye_ra" re "status to pregnant" | | |
| 98 | US-DEM-098013 | | 4.21.2018 - Text from A. Demirovic | | |
| 99 | US-DEM-002286 | US-DEM-002287 | Messages between T. Voorsanger and "calumtheguy" | | |
| 100 | US-DEM-098631 | US-DEM-098644 | Text messages from Rami Demirovic to Wendy Voorsanger | | |
| 101 | US-DEM-098004 | US-DEM-098006 | Texts from R. Demirovic to W. Voorsanger (1) | | |
| 102 | US-DEM-098005 | | Texts from R. Demirovic to W. Voorsanger (2) | | |
| 103 | US-DEM-098006 | | Texts from R. Demirovic to W. Voorsanger (3) | | |
| 104 | US-DEM-098009 | | Texts from R. Demirovic to W. Voorsanger (4) | | |
| 105 | US-DEM-090183 | US-DEM-090185 | Texts from R. Demirovic to W. Voorsanger (5) | | |
| 106 | US-DEM-090368 | | Instagram Follow Request of R. Demirovic to T. Portnoy | | |
| 107 | US-DEM-090358 | | Screenshot of Venmo Transaction between T. Voorsanger and T. Portnoy | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 108 | US-DEM-098630 | | Instagram Profile of "rami.demirovic" re: "Little Bosnia in St. Louis" | | |
| 109 | US-DEM-001742 | | Prom Photo of T. Voorsanger and L. Villa | | |
| 110 | US-DEM-001731 | | Prom Photo of T. Voorsanger and L. Villa | | |
| 111 | US-DEM-098011 | | Follow Request by R. Demirovic to L. Villa | | |
| 112 | US-DEM-002278 | US-DEM-002285 | 5.26.2018 - The Aragon Outloook Post article by Audrey Kim | | |
| 113 | US-DEM-043074 | US-DEM-043078 | 5.17.2018 - Email from "Hannah Rose" to T. Voorsanger re "Article to be published about Tilman" | | |
| 114 | US-DEM-043079 | | 5.18.2019 - Email to T. Voorsanger from "Hannah Rose" | | |
| 115 | US-DEM-043080 | | 5.18.2019 - Email to T. Voorsanger from "Hannah Rose" | | |
| 116 | US-DEM-090137 | | Email from "Hannah Rose" to T. Voorsanger | | |
| 117 | US-DEM-090153 | US-DEM-090154 | Snapchat post by A. Demirovic re: tilman.voorsanger 1 | | |
| 118 | US-DEM-090156 | | Instagram post by A. Demirovic (bye_ra) re "psychotic, emotionless leprechaun" | | |
| 119 | US-DEM-090143 | | Instagram Follow Request by tilman.voorsanger1 | | |
| 120 | US-DEM-098762 | | Instagram Profile of "tilman.voorsanger1" with posts | | |
| 121 | US-DEM-098048 | | Instagram Post of tilman.voorsanger1 Including Tags of tilman.voorsanger 5, 6, 2, 3 | | |
| 122 | US-DEM-090147 | | Instagram post by tilman.voorsanger1 | | |
| 123 | US-DEM-090149 | | Instagram Post by tilman.voorsanger re: Julianna and Tilman | | |
| 124 | US-DEM-090151 | | Instagram Follow request by tilman.voorsanger1 with photo of A. Demirovic and T. Portnoy | | |
| 125 | US-DEM-098613 | | Un-Altered Photo of Thea Portnoy and T. Voorsanger | | |
| 126 | US-DEM-001744 | | Photos of T. Voorsanger and A. Demirovic and T. Portnoy | | |
| 127 | US-DEM-090366 | | Instagram Post of Prom Photo with T. Portnoy | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 128 | US-DEM-001744 | | Photos of T. Voorsanger and A. Demirovic and T. Portnoy | | |
| 129 | US-DEM-098028 | US-DEM-098037 | 6.4.2018 to 6.7.2018 - Instagram Posts by Tilman.Voorsanger1 and Comments by R. Demirovic, A. Demirovic, and Others | | |
| 130 | US-DEM-098038 | | 6.4.2018 to 6.7.2018 - Instagram Posts by Tilman.Voorsanger1 re Lydia, Julianna, and Emilie | | |
| 131 | US-DEM-098039 | US-DEM-098040 | 6.4.2018 to 6.7.2018 - Instagram Posts by tilman.voorsanger1 | | |
| 132 | US-DEM-098024 | | 6.4.2018 to 6.7.2018 Comments on tilman.voorsanger1 | | |
| 133 | US-DEM-098772 | | Instagram Comments by ayra.demirovich re post by tilman.voorsanger1 | | |
| 134 | US-DEM-098757 | | Instagram Post by "bye_ra" re: tilman.voorsanger1 | | |
| 135 | US-DE<-098761 | | Instagram Comments by "rami.demirovic" re post by Tilman.Voorsanger1 | | |
| 136 | US-DEM-098045 | | Messages from A. Demirovic and Others re "Tilman Post" | | |
| 137 | US-DEM-090189 | US-DEM-090206 | Instagram Posts of tilman.voorsanger1 | | |
| 138 | US-DEM-098771 | | Instagram Posts of tilman.voorsanger1 re Hannah Rose "article" | | |
| 139 | US-DEM-090356 | | Messages from tilman.voorsanger1 / sarahbright to T. Portnoy | | |
| 140 | US-DEM-090360 | | Instagram Post of tilman.voorsanger1 tagging "tayport", "tilman.voorsanger", and "wendyvoorsanger" | | |
| 141 | US-DEM-090166 | US-DEM-090167 | Instagram Profile of "tilmanvoorsanger" | | |
| 142 | US-DEM-090169 | US-DEM-090176 | Instagram messages from "tilmanvoorsanger" to various accounts | | |
| 143 | US-DEM-098064 | US-DEM-098069 | Messages to/from T. Voorsanger about "tilmanvoorsanger" Instagram account | | |
| 144 | US-DEM-098628 | | Follow Request by "Sarah Bright" to T. Portnoy | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 145 | US-DEM-001754 | | Screenshot of Instagram Message to "cassieclairehowell" re Tilman | | |
| 146 | US-DEM-001757 | | 10.27.2018 Photo of T. Voorsanger | | |
| 147 | US-DEM-002250 | | Instagram Profile of "king_nothing_100" | | |
| 148 | US-DEM-090217 | US-DEM-090218 | Instagram Post of "king_nothing_100" | | |
| 149 | US-DEM-098053 | | Instagram Post of "wendylove00100" | | |
| 150 | US-DEM-002251 | | Instagram Profile of "wendylove00100" | | |
| 151 | US-DEM-098600 | US-DEM-098601 | Text Messages from jamesaust17 | | |
| 152 | US-DEM-090139 | | Instagram Notifications by jamesaust17 | | |
| 153 | US-DEM-090141 | | Instagram Comment by jamesaust17 | | |
| 154 | US-DEM-090362 and US-DEM-090364 | | Instagram Account Jamesaust17 comments | | |
| 155 | | | *Intentionally Blank* | | |
| 156 | US-DEM-090158 | | Instagram Profile of "anthonywill00" | | |
| 157 | US-DEM-002249 | | Instagram Profile of "anthonywill001" | | |
| 158 | US-DEM-098051 | | Text from R. Demirovic to Ethan Dowsett and "anthonywill00" screen shot | | |
| 159 | US-DEM-098629 | | Instagram Message from "anthonywill00" to T. Portnoy | | |
| 160 | US-DEM-090160 | | Instagram Profile of "lucasmanowitz" | | |
| 161 | US-DEM-098054 | | Messages by "lucasmanowitz" and Isabel.sherwood | | |
| 162 | US-DEM-090162 | | Instagram Message to isabel.sherwood | | |
| 163 | US-DEM-090164 | | Instagram Message to/from "valtrishman" | | |
| 164 | US-DEM-098052 | | Posts by Colewarren00 and edvanderkof | | |
| 165 | US-DEM-001747 | | Screenshot of Instagram Follow Request by "tilman.voorsanger" and "antonetta dowsett tilmans" | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 166 | US-DEM-090207 | US-DEM-090212 | Greekrank.com posts | | |
| 167 | US-DEM-098057 | US-DEM-098063 | Greekrank.com posts (2) | | |
| 168 | US-DEM-002275 | US-DEM-002277 | 7.19.2019 - Email from Ramajana Demirovic to the Voorsangers | | |
| 169 | US-DEM-097723 | | July 2019 Video of Defendant (Video 1/2) | | |
| 170 | US-DEM-097722 | | July 2019 Video of Defendant (Video 2/2) | | |
| 171 | US-DEM-097729 | US-DEM-097746 | 5.13.2019 - Civil Complaint by Tilman Voorsanger | | |
| 172 | US-DEM-097762 | US-DEM-097778 | 6.4.2019 - Memo ISO Ex Parte Application for Expedited Discovery | | |
| 173 | US-DEM-097747 | US-DEM-097761 | 6.4.2019 - Declaration of Maria Radwick ISO Ex Parte Motion for Expedited Discovery | | |
| 174 | US-DEM-097782 | US-DEM-097783 | Docket Report from Case No. 19-CIV-02609 | | |
| 175 | US-DEM-002132 | US-DEM-002143 | 7.23.2019 - Request for Restraining Order by T. Voorsanger | | |
| 176 | US-DEM-003310 | US-DEM-003310 | 7.23.2019 - Attachment A to 7.23.2019 Restraining Order | | |
| 177 | US-DEM-002968 | US-DEM-002976 | 7.23.2019 - Notice of Court Hearing by T. Voorsanger v. R. Demirovic | | |
| 178 | US-DEM-002020 | US-DEM-002024 | 7.23.2019 - Declaration of C. Voorsanger ISO Request for Restraining Order | | |
| 179 | US-DEM-002025 | US-DEM-002085 | 7.23.2019 - Additional Evidence ISO Request for a Restraining Order | | |
| 180 | US-DEM-002991 | US-DEM-002999 | 7.24.2019 - Notice of Court Hearing by T. Voorsanger v. A. Demirovich | | |
| 181 | US-DEM-002154 | US-DEM-002174 | 8.23.2019 - Request for Restraining Order by A. Demirovic v. T. Voorsanger | | |
| 182 | US-DEM-097724 | US-DEM-097783 | 8.29.2019 - Case Management Statement | | |
| 183 | US-DEM-002144 | US-DEM-002153 | 9.6.2019 - Response to A. Demirovic's Request for Restraining Order | | |
| 184 | US-DEM-002086 | US-DEM-002093 | 9.6.2019 - Declaration of Maria Radwick ISO Request for Restraining Order | | |
| 185 | US-DEM-002108 | US-DEM-002131 | 9.9.2019 - Order on Request to Continue Hearing on Request for a Restraining Order | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 186 | US-DEM-003000 | US-DEM-003006 | 9.27.2019 - Restraining Order After Hearing (T. Voorsanger v. Ayra Demirovich) | | |
| 187 | US-DEM-098093 | US-DEM-098099 | 9.27.2019 - Restraining Order After Hearing (T. Voorsanger v. Ayra Demirovich) | | |
| 188 | US-DEM-098100 | US-DEM-098102 | 9.27.2019 - Restraining Order After Hearing (T. Voorsanger v. Ayra Demirovich) (Attachment) | | |
| 189 | US-DEM-003013 | US-DEM-003026 | 10.1.2019 - Request to Continue Hearing (T. Voorsanger v. Ramajana Demirovich) | | |
| 190 | US-DEM-003319 | US-DEM-003336 | 10.24.2019 - Civil Restraining Order After Hearing by Voorsangers re: R. Demirovic | | |
| 191 | US-DEM-098104 | US-DEM-098121 | 10.24.2019 - Restraining Order After Hearing (T. Voorsanger v. Ramajana Demirovich) | | |
| 192 | US-DEM-003007 | US-DEM-003012 | 10.24.2019 - Restraining Order After Hearing (T. Voorsanger v. Ramajana Demirovich) | | |
| 193 | US-DEM-002952 | US-DEM-002955 | 1.13.2021 - Email from W. Voorsanger to A. Cioni re: Ramajana Demirovich TRO | | |
| 194 | US-DEM-098608 | US-DEM-098608 | Photo of Conrad Voorsanger | | |
| 195 | US-DEM-098614 | US-DEM-098614 | Photo of Tilman Voorsanger (Photo 2) | | |
| 196 | US-DEM-098615 | US-DEM-098615 | Photo of Tilman Voorsanger | | |
| 197 | US-DEM-098616 | US-DEM-098616 | Photo of Wendy Voorsanger | | |
| 198 | US-DEM-098622 | US-DEM-098627 | Email from Wendy Voorsanger re: Photo of Tilman | | |
| 199 | US-DEM-097980 | US-DEM-097981 | Email from C. Voorsanger to A. Cioni re Timeline of Events | | |
| 200 | US-DEM-097982 | US-DEM-098081 | Timeline of Events Prepared by C. Voorsanger et al. | | |
| 201 | US-DEM-090214 | US-DEM-090218 | 7.22.2019 - Declaration of C. Voorsanger ISO Request for Restraining Order | | |
| 202 | US-DEM-090177 | US-DEM-090213 | 7.22.2019 - Declaration of W. Voorsanger ISO Request for Restraining Order | | |
| 203 | US-DEM-090219 | US-DEM-090341 | Decl. of Maria Radwick ISO Request for Restraining Order | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 204 | US-DEM-090342 | US-DEM-090343 | Decl. of Nick Bortolon ISO Request for Restraining Order | | |
| 205 | US-DEM-090352 | US-DEM-090368 | Decl. of Thea Portnoy ISO Request for Restraining Order | | |
| 206 | US-DEM-090344 | US-DEM-090346 | Decl. of Pia Yoon ISO Request for Restraining Order | | |
| 207 | US-DEM-090347 | US-DEM-090351 | Decl. of Ron Berggren ISO Request for Restraining Order | | |
| 208 | US-DEM-001027 | US-DEM-001033 | 5.17.2018 to 5.25.2018 - SFPD Police Report | | |
| 209 | US-DEM-002094 | US-DEM-002104 | IP Address Details | | |
| 210 | US-DEM-001924 | US-DEM-001925 | Summary of Harassment against T. Voorsanger | | |
| 211 | US-DEM-098011 | US-DEM-09801 | 5.22.2018 - Email from W. Voorsanger to T. Mefford re Harassment of Tilman Voorsanger | | |
| 212 | US-DEM-098014 | US-DEM-098023 | 6.4.2018 - Email from W. Voorsanger re Summary of Impersonation and onslaught of continued harassment | | |
| 213 | US-DEM-098025 | US-DEM-098027 | 6.6.2018 - Email from W. Voorsanger to Todd Mefford et al. re Summary of Impersonation and onslaught of continued harassment | | |
| 214 | US-DEM-098041 | US-DEM-098042 | 6.6.2018 - Email from C. Voorsangeer to Todd Mefford et al. re Summary of Impersonation and onslaught of continued harassment (2) | | |
| 215 | US-DEM-098055 | US-DEM-098056 | Email from W. and C. Voorsanger to USC | | |
| 216 | US-DEM-098071 | US-DEM-098076 | 3.10.2019 - Email from C. Voorsanger to Todd Mefford re Criminal Case #18-0525-021 | | |
| 217 | US-DEM-002948 | US-DEM-002950 | Snapchat photos of Tilman Voorsanger | | |
| 218 | US-DEM-002956 | US-DEM-002961 | 2.10.2021 - Email from W. Voorsanger to A. Cioni re Ramajana Demirovich TRO | | |
| 219 | US-DEM-097867 | US-DEM-097872 | 7.19.2019 - Email from C. Voorsanger to M. Radwick re Rami | | |
| 220 | US-DEM-098617 | US-DEM-098621 | 6.14.2022 - Emails from Wendy Voorsanger re: Report an Impersonation Account on Instagram | | |
| 221 | US-DEM-098645 | US-DEM-098647 | 6.14.2022 email re: Report an Impersonation Account on Instagram | | |

USA PRELIMINARY EXHIBIT LIST

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 222 | US-DEM-098648 | US-DEM-098658 | 6.14.2022 email re: US v_ Demirovic (Part 1) | | |
| 223 | US-DEM-098659 | US-DEM-098661 | 6.14.2022 email re US v_ Demirovic (Part 2) | | |
| 224 | US-DEM-098662 | US-DEM-098663 | 6.14.2022 email re US v_ Demirovic (Part 3) | | |
| 225 | | | *Intentionally Blank* | | |
| 226 | | | *Intentionally Blank* | | |
| 227 | | | *Intentionally Blank* | | |
| 228 | | | *Intentionally Blank* | | |
| 229 | | | *Intentionally Blank* | | |
| 230 | | | *Intentionally Blank* | | |
| 231 | | | *Intentionally Blank* | | |
| 232 | | | *Intentionally Blank* | | |
| 233 | | | *Intentionally Blank* | | |
| 234 | | | *Intentionally Blank* | | |
| 235 | | | *Intentionally Blank* | | |
| 236 | | | *Intentionally Blank* | | |
| 237 | | | *Intentionally Blank* | | |
| 238 | | | *Intentionally Blank* | | |
| 239 | | | *Intentionally Blank* | | |
| 240 | | | *Intentionally Blank* | | |
| 241 | | | *Intentionally Blank* | | |
| 242 | | | *Intentionally Blank* | | |
| 243 | | | *Intentionally Blank* | | |
| 244 | | | *Intentionally Blank* | | |
| 245 | | | *Intentionally Blank* | | |
| 246 | | | *Intentionally Blank* | | |
| 247 | | | *Intentionally Blank* | | |
| 248 | | | *Intentionally Blank* | | |
| 249 | | | *Intentionally Blank* | | |
| 250 | US-DEM-097846 | US-DEM-097851 | 7.21.2021 - Email from A. Kokinda to A. Cioni re: Instagram Accounts | | |
| 251 | US-DEM-003119 | US-DEM003122 | 6.7.2018 - USC Police Report | | |
| 252 | US-DEM-002107 | | 3.2.2019 - Email from R. Demirovic to USC HR Title IX re Pike recruit behaving inappropriately | | |
| 253 | US-DEM-003175 | | 3.5.2019 - Email from A. Demirovich to Sascha Heller re T. Voorsanger | | |
| 254 | US-DEM-003235 | US-DEM-003236 | 3.5.2019 - Email from A. Demirovich to Sascha Heller re T. Voorsanger (Further Correspondence) | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 255 | US-DEM-003198 | US-DEM-003201 | 3.5.2019 - Emails from Sacha Heller and Ramajana Demirovic re Pike recruit behaving inappropriately | | |
| 256 | US-DEM-003202 | | 3.5.2019 - Emails from Sacha Heller and Ramajana Demirovic re Pike recruit behaving inappropriately | | |
| 257 | US-DEM-003167 | US-DEM-003169 | 3.6.2019 - Email from A. Demirovich to Sascha Heller re T. Voorsanger | | |
| 258 | US-DEM-097888 | US-DEM-097889 | 3.6.2019 - USC Accommodations Interview with A. Demirovic | | |
| 259 | US-DEM-002105 | US-DEM-002107 | 3.6.2019 Accommodations Interview of A. Demirovic with Sascha Heller | | |
| 260 | US-DEM-098299 | US-DEM-098301 | 3.7.2019 - Emails between Gretchen Means and Sacha Heller et al. | | |
| 261 | US-DEM-098309 | US-DEM-098210 | 3.7.2019 - Email from Patrick Prince to Sascha Heller and Ben Kallin et al. | | |
| 262 | US-DEM-003170 | US-DEM-003171 | 3.8.2019 - Emails between B. Kallin and J. Voyda | | |
| 263 | US-DEM-003193 | US-DEM-002194 | 3.8.2019 - Emails from Sascha Heller to T. Voorsanger | | |
| 264 | US-DEM-003231 | US-DEM-003232 | 3.12.2019 - Email from A. Demirovich to Sascha Heller re T. Voorsanger | | |
| 265 | US-DEM-003238 | US-DEM 003240 | 3.12.2019 - Email from S. Heller to A. Demirovic re T. Voorsanger | | |
| 266 | US-DEM-003228 | US-DEM-003230 | 3.12.2019 - Emails re T. Voorsanger between Gretchen Means and Sascha Heller | | |
| 267 | US-DEM-098287 | US-DEM-098289 | 3.13.2019 - Email from R. Demirovic re: USC Title IX office | | |
| 268 | US-DEM-003265 | US-DEM-003267 | 3.13.2019 - Emails at USC re email from R. Demirovic to S. Heller | | |
| 269 | US-DEM-003259 | US-DEM-003261 | 3.14.2019 - Emails between S. Heller and R. Demirovic | | |
| 270 | US-DEM-098122 | US-DEM-098136 | 3.19.2019 - USC Emails re Harassment of T. Voorsanger at USC | | |
| 271 | US-DEM-003195 | US-DEM-003197 | 3.20.2019 - Emails from Sascha Heller to T. Voorsanger | | |
| 272 | US-DEM-003136 | US-DEM-003137 | USC Records re "iSight Records and Files" | | |
| 273 | US-DEM-098270 | US-DEM-098275 | 10.11.2019 - Email from R. Demirovic re: USC Title IX office | | |
| 274 | US-DEM-003241 | US-DEM-003244 | 10.14.2019 - Emails between S. Heller and R. Demirovic | | |

14

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 275 | US-DEM-003271 | US-DEM-003276 | 10.14.2019 - Email from R. Demirovic re USC Title IX Office | | |
| 276 | US-DEM-003192 | | 10.25.2019 - Emails re Protection for Tilman Voorsanger | | |
| 277 | US-DEM-098087 | US-DEM-098088 | 10.25.2019 to 12.6.2019 - Emails re Protection for Tilman Voorsanger | | |
| 278 | US-DEM-098087 | US-DEM-098104 | Fall 2019 Emails to USC re "Protection for Tilman Voorsanger" | | |
| 279 | US-GOOG2-0032833 | | 3.6.2019 - Email from A. Demirovich to A. Demirovic and R. Demirovic re Letter to Tilman | | |
| 280 | US-GOOG2-0011348 | | 10.1.2019 - Email between A. Demirovic and R. Demirovic | | |
| 281 | US-GOOG2-0010478 | US-GOOG2-0010483 | 10.11.2019 - Email from R. Demirovic to A. Demirovich | | |
| 282 | US-GOOG2-0006204 | US-GOOG2-0006206 | 10.14.2019 - Email from R. Demirovic to A. Demirovic re Tilman Voorsanger | | |
| 283 | US-GOOG2-0006478 | US-GOOG2-0006479 | 10.14.2019 - Email from R. Demirovic to A. Demirovic re Tilman Voorsanger | | |
| 284 | US-GOOG2-0006480 | | 10.14.2019 - Email from R. Demirovic to A. Demirovic re Tilman Voorsanger | | |
| 285 | US-GOOG2-0010471 | US-GOOG2-0010477 | 10.14.2019 - Email from R. Demirovic to A. Demirovic re Follow up from the USC Title IX office | | |
| 286 | US-GOOG2-0010478 | US-GOOG2-0010483 | 10.14.2019 - Email from R. Demirovic to A. Demirovic re Follow up from the USC Title IX office | | |
| 287 | US-GOOG2-0004909 | | 10.21.2019 - Email from R. Demirovic to A. Demirovic re USC Title IX | | |
| 288 | | | *Intentionally Blank* | | |
| 289 | | | *Intentionally Blank* | | |
| 290 | | | *Intentionally Blank* | | |
| 291 | | | *Intentionally Blank* | | |
| 292 | | | *Intentionally Blank* | | |
| 293 | | | *Intentionally Blank* | | |
| 294 | | | *Intentionally Blank* | | |
| 295 | | | *Intentionally Blank* | | |
| 296 | | | *Intentionally Blank* | | |
| 297 | | | *Intentionally Blank* | | |
| 298 | | | *Intentionally Blank* | | |

15

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 299 | | | *Intentionally Blank* | | |
| 300 | *Forthcoming* | *Forthcoming* | CAST Report by FBI | | |
| 301 | US-DEM-000001 | US-DEM-000441 | AT&T Records (Part 1) | | |
| 302 | US-DEM-000581 | US-DEM-001024 | AT&T Records (Part 2) | | |
| 303 | US-DEM-001789 | US-DEM-001790 | 1.1.2019 302 re AT&T Subscriber Information | | |
| 304 | US-DEM-001830 | US-DEM-001837 | Cal. DMV Information for Rami Demirovich | | |
| 305 | US-DEM-003537 | | Videotaped interview of R. Demirovich | | |
| 306 | US-DEM-097833 | | Waiver of Rights (R. Demirovic) | | |
| 307 | US-DEM-098352 | | Video re: Faces of Genocide | | |
| 308 | US-DEM-002805 | US-DEM-002806 | 2.24.2017 - Email from Rami Demirovic to B. Payne and C. Boyle | | |
| 309 | US-DEM-001818 | US-DEM-001829 | Cal. DMV Information for Ayra Demirovich | | |
| 310 | US-GOOG2-0011349 | US-GOOG2-0011350 | 3.7.2019 and 10.1.2019 - Emails between A. Demirovic and R. Demirovic | | |
| 311 | US-GOOG2-0021190 | US-GOOG2-0021191 | 9.8.2019 - Emails between A. Demirovic and R. Demirovic | | |
| 312 | US-DEM-057827 | | Draft DV-100 "Recent Abuse" | | |
| 313 | US-DEM-098876 | US-DEM-098882 | UCSF Medical Records of A. Demirovic | | |
| 314 | US-DEM-003080 | US-DEM-003113 | USC Application re: A. Demirovich | | |
| 315 | US-DEM-018008 | | 2.20.2019 - Email from CAVA | | |
| 316 | US-DEM-002754 | | 12.8.2016 Memo from SF Unified School District re Transfer of A. Demirovich | | |
| 317 | US-DEM-002755 | US-DEM_002756 | 12.8.2016 Email re Transfer of A. Demirovic | | |
| 318 | US-DEM-002883 | US-DEM-002897 | 2017-2018 Independence HS Student Profile re A. Demirovic | | |
| 319 | US-DEM-002942 | US-DEM-002943 | Student Profile of A. Demirovic | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 320 | US-DEM-098356 | | Letter from National Merit Scholarship Corporation | | |
| 321 | US-DEM-098358 | US-DEM-098401 | Subpoena Response from Princeton University | | |
| 322 | US-DEM-098481 | US-DEM-098504 | Subpoena Response from CAVA | | |
| 323 | US-DEM-098507 | | Subpoena Response from Indiana University | | |
| 324 | US-DEM-098511 | US-DEM-098518 | Subpoena Response from Indiana University | | |
| 325 | US-DEM-098519 | | FBI 302 re Subpoena Response from Indiana University | | |
| 326 | US-DEM-098520 | | Subpoena Response from Indiana University | | |
| 327 | US-DEM-098595 | US-DEM-098598 | Subpoena Response from College Board | | |
| 328 | US-DEM-098602 | US-DEM-098607 | Email and Federal Trial Subpoena to San Francisco Board of Supervisors | | |
| 329 | US-DEM-098760 | | Text from A. Demirovic | | |
| 330 | | | *Intentionally Blank* | | |
| 331 | | | *Intentionally Blank* | | |
| 332 | | | *Intentionally Blank* | | |
| 333 | | | *Intentionally Blank* | | |
| 334 | | | *Intentionally Blank* | | |
| 335 | | | *Intentionally Blank* | | |
| 336 | | | *Intentionally Blank* | | |
| 337 | | | *Intentionally Blank* | | |
| 338 | | | *Intentionally Blank* | | |
| 339 | | | *Intentionally Blank* | | |
| 340 | | | *Intentionally Blank* | | |
| 341 | | | *Intentionally Blank* | | |
| 342 | | | *Intentionally Blank* | | |
| 343 | | | *Intentionally Blank* | | |
| 344 | | | *Intentionally Blank* | | |
| 345 | | | *Intentionally Blank* | | |
| 346 | | | *Intentionally Blank* | | |
| 347 | | | *Intentionally Blank* | | |
| 348 | | | *Intentionally Blank* | | |
| 349 | | | *Intentionally Blank* | | |
| 350 | US-DEM-002998 | US-DEM-002999 | Certificate of Authenticity by Apple Inc. | | |
| 351 | US-DEM-000477 | US-DEM-000478 | Certificate of authenticity by Apple COR, 8/6/2020 | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 352 | US-DEM-000442 | US-DEM-000468 | Apple confidential - GCRM data / subscriber info related to DSID 3/1/2018 - 7/10/2020 | | |
| 353 | US-DEM-000479 | | Apple confidential - subscriber info related to DSID, 3/1/2018 - 7/10/2020 | | |
| 354 | US-DEM-000480 | US-DEM-000504 | Apple confidential - installed product details related to DSID - Ayra Demirovich | | |
| 355 | US-DEM-000505 | US-DEM-000511 | Apple confidential - account details re "rhidicde@gmail.com" | | |
| 356 | US-DEM-000512 | | Apple confidential - iCloud logs, 3/1/2018 - 7/10/2020 | | |
| 357 | US-DEM-000513 | US-DEM-000521 | Apple confidential - account details re "ayra.demirovich.135@gmail.com" | | |
| 358 | US-DEM-000522 | | Apple confidential - iCloud logs, 3/1/2018 - 7/10/2020 | | |
| 359 | US-DEM-000565 | US-DEM-000571 | Apple confidential - account details re "rhidicde@gmail.com" | | |
| 360 | US-DEM-000572 | | Apple confidential - iCloud logs, 3/1/2018 - 7/10/2020 | | |
| 361 | US-DEM-000573 | US-DEM-000579 | Apple confidential - account details re "ayra.demirovich.135@gmail.com" | | |
| 362 | US-DEM-000580 | | Apple confidential - iCloud logs, 3/1/2018 - 7/10/2020 | | |
| 363 | US-DEM-002844 | | Apple confidential - subscriber info related to DSID - Ayra Demirovich, 3/1/2018 to 7/10/2020 | | |
| 364 | US-DEM-002845 | US-DEM-002869 | Apple confidential - installed product details related to DSID - Ayra Demirovich | | |
| 365 | US-DEM-002900 | | Apple confidential - subscriber info related to DSID - Ayra Demirovich, 3/1/2018 to 7/10/2020 | | |
| 366 | US-DEM-002901 | US-DEM-002925 | Apple confidential - installed product details related to DSID - Ayra Demirovich | | |
| 367 | US-DEM-002926 | US-DEM-002928 | Declaration of COR by Counsel for S.F. Unified School District re materials provided in response to GJS, 3/27/2021 | | |
| 368 | US-DEM-002926 | US-DEM-002928 | San Francisco Unified School District Certificate of Authenticity | | |
| 369 | US-DEM-002524 | | 3.11.2020 - SF Unified School District Verification of Records Provided per Parental Request | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 370 | US-DEM-003028 | | USC Certificate of Authenticity (T. Brunold) | | |
| 371 | US-DEM-003115 | | USC Certificate of Authenticity (A. Heller) | | |
| 372 | US-DEM-002604 | US-DEM-002607 | Venmo Response re rhidicde@gmail.com | | |
| 373 | US-DEM-001232 | | 10.29.2019 - Certificate of Authenticity for Facebook | | |
| 374 | US-DEM-001770 | | Instagram Business Record for Account 986231920 (tilmanvoorsanger) | | |
| 375 | RAMI-INSTA-006086 | RAMI-INSTA-006097 | Instagram Business Record Account 8958910567 (wendylove00100) | | |
| 376 | RAMI-INSTA-005345 | RAMI-INSTA-005351 | Instagram Business Record Account 11204853605 (tilmanvoorsanger01) | | |
| 377 | RAMI-INSTA-005352 | RAMI-INSTA-005534 | Instagram Business Record for Account 9862631920 (lucasmanowitz/tilmanvoorsanger) | | |
| 378 | RAMI-INSTA-005352 | RAMI-INSTA-005358 | Instagram Business Record for Account 9862631920 (lucasmanowitz/tilmanvoorsanger) (Selection 1) | | |
| 379 | RAMI-INSTA-005364 | RAMI-INSTA-005366 | Instagram Business Record for Account 9862631920 (lucasmanowitz/tilmanvoorsanger) (Selection 2) | | |
| 380 | RAMI-INSTA-025924 | RAMI-INSTA-026017 | Instagram Business Record for Account 1521518165 (Tilman.voorsanger1) | | |
| 381 | RAMI-INSTA-005326 | RAMI-INSTA-005344 | Instagram Business Record for Account 4004302595 ("Joe The Shit Head") | | |
| 382 | RAMI-INSTA-005331 | RAMI-INSTA-005332 | Instagram Business Record for Account 4004302595 ("Joe The Shit Head") (Selection 1) | | |
| 383 | RAMI-INSTA-005341 | RAMI-INSTA-005342 | Instagram Business Record for Account 4004302595 ("Joe The Shit Head") (Selection 2) | | |
| 384 | RAMI-INSTA-000080 | RAMI-INSTA-001527 | Instagram Business Record for Account 4003014071 ("joeisshit") | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 385 | RAMI-INSTA-000080 | RAMI-INSTA-000083 | Instagram Business Record for Account 4003014071 ("joeisshit") (Selection 1) | | |
| 386 | RAMI-INSTA-000814 | RAMI-INSTA-000816 | Instagram Business Record for Account 4003014071 ("Joeisshit") (Selection 2) | | |
| 387 | RAMI-INSTA-000084 | | Instagram Business Record for Account 4003014071 ("joeisshit") (Selection 3) | | |
| 388 | RAMI-INSTA-001528 | RAMI-INSTA-001564 | Instagram Business Record for Account 4004369836 ("Joe Thesmalldick") | | |
| 389 | RAMI-INSTA-001528 | RAMI-INSTA-001530 | Instagram Business Record for Account 4004369836 ("Joe Thesmalldick") (Selection 1) | | |
| 390 | RAMI-INSTA-001534 | | Instagram Business Record for Account 4004369836 ("Joe Thesmalldick") (Selection 2) | | |
| 391 | RAMI-INSTA-001535 | | Instagram Business Record for Account 4004369836 ("Joe Thesmalldick") (Selection 3) | | |
| 392 | RAMI-INSTA-001537 | | Instagram Business Record for Account 4004369836 ("Joe Thesmalldick") (Selection 4) | | |
| 393 | RAMI-INSTA-001538 | | Instagram Business Record for Account 4004369836 ("Joe Thesmalldick") (Selection 5) | | |
| 394 | RAMI-INSTA-001540 | RAMI-INSTA-0015343 | Instagram Business Record for Account 4004369836 ("Joe Thesmalldick") (Selection 6) | | |
| 395 | RAMI-INSTA-004996 | RAMI-INSTA-005010 | Instagram Business Record for Account 64789622154 (Ayra Demirovich) | | |
| 396 | RAMI-INSTA-005032 | RAMI-INSTA-005310 | Instagram Business Record for Account 5344196717 (jamesaust17) | | |
| 397 | RAMI-INSTA-005032 | RAMI-INSTA-005033 | Instagram Business Record for Account 5344196717 (jamesaust17) (Selection 1) | | |
| 398 | RAMI-INSTA-005038 | RAMI-INSTA-005039 | Instagram Business Record for Account 5344196717 (jamesaust17) (Selection 2) | | |
| 399 | RAMI-INSTA-005064 | RAMI-INSTA-005065 | Instagram Business Record for Account 5344196717 (jamesaust17) (Selection 3) | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 400 | RAMI-INSTA-006098 | RAMI-INSTA-008128 | Instagram Business Record for Account 3515581949 (misssanfranciscoot) | | |
| 401 | RAMI-INSTA-008129 | RAMI-INSTA-015723 | Instagram Business Record for Account 3222236855 (bye_ra) (Part 1) | | |
| 402 | RAMI-INSTA-008129 | RAMI-INSTA-008131 | Instagram Business Record for Account 3222236855 (bye_ra) (Selection 1) | | |
| 403 | RAMI-INSTA-011926 | RAMI-INSTA-015722 | Instagram Business Record for Account 3222236855 (bye_ra) (Part 2) | | |
| 404 | RAMI-INSTA-012793 | RAMI-INSTA-012794 | Instagram Business Record for Account 3022236855 (by_ra) (Selection 2) | | |
| 405 | RAMI-INSTA-012170 | RAMI-INSTA-012172 | Instagram Business Record for Account 3022236855 (by_ra) (Selection 3) | | |
| 406 | RAMI-INSTA-015724 | RAMI-INSTA-025923 | Instagram Business Record for Account 3024338264 (Ayra Demirovich) | | |
| 407 | RAMI-INSTA-015724 | RAMI-INSTA-015726 | Instagram Business Record for Account 3024338264 (Ayra Demirovich) (Selection 1) | | |
| 408 | RAMI-INSTA-016845 | RAMI-INSTA-016847 | Instagram Business Record for Account 3024338264 (Ayra Demirovich) (Selection 2) | | |
| 409 | RAMI-INSTA-025935 | RAMI-INSTA-025939 | Instagram Business Record for Account 3024338264 (Ayra Demirovich) (Selection 3) | | |
| 410 | US-DEM-002615 | US-DEM-002618 | 3.18.2020 - Google Response to Grand Jury Subpoena and Certificate of Authenticity | | |
| 411 | US-DEM-001815 | | Google response - email account information provided | | |
| 412 | US-DEM-001816 | | Google response - Google subscriber information provided | | |
| 413 | US-DEM-043083 | | 5.18.2019 Email from Google to "Tilman.Voorsanger0701@gmail.com" | | |
| 414 | US-DEM-001792 | US-DEM-001795 | Google Subscriber information | | |
| 415 | US-DEM-089741 | | Google Subscriber Information for "Hannah Rose" | | |
| 416 | US-DEM-025521 | US-DEM-025523 | 3.15.2019 - Email from R. Demirovic to N. Nenadic | | |

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 417 | US-DEM-013694 | US-DEM-013697 | 6.20.2018 - Email from Facebook to Funnyswimmers@gmail.com | | |
| 418 | | | *Intentionally Blank* | | |
| 419 | | | *Intentionally Blank* | | |
| 420 | | | *Intentionally Blank* | | |
| 421 | | | *Intentionally Blank* | | |
| 422 | | | *Intentionally Blank* | | |
| 423 | | | *Intentionally Blank* | | |
| 424 | | | *Intentionally Blank* | | |
| 425 | | | *Intentionally Blank* | | |
| 426 | | | *Intentionally Blank* | | |
| 427 | | | *Intentionally Blank* | | |
| 428 | | | *Intentionally Blank* | | |
| 429 | | | *Intentionally Blank* | | |
| 430 | | | *Intentionally Blank* | | |
| 431 | | | *Intentionally Blank* | | |
| 432 | | | *Intentionally Blank* | | |
| 433 | | | *Intentionally Blank* | | |
| 434 | | | *Intentionally Blank* | | |
| 435 | | | *Intentionally Blank* | | |
| 436 | | | *Intentionally Blank* | | |
| 437 | | | *Intentionally Blank* | | |
| 438 | | | *Intentionally Blank* | | |
| 439 | | | *Intentionally Blank* | | |
| 440 | | | *Intentionally Blank* | | |
| 441 | | | *Intentionally Blank* | | |
| 442 | | | *Intentionally Blank* | | |
| 443 | | | *Intentionally Blank* | | |
| 444 | | | *Intentionally Blank* | | |
| 445 | | | *Intentionally Blank* | | |
| 446 | | | *Intentionally Blank* | | |
| 447 | | | *Intentionally Blank* | | |
| 448 | | | *Intentionally Blank* | | |
| 449 | | | *Intentionally Blank* | | |
| 450 | | | *Intentionally Blank* | | |
| 451 | | | *Intentionally Blank* | | |
| 452 | | | *Intentionally Blank* | | |
| 453 | | | *Intentionally Blank* | | |
| 454 | | | *Intentionally Blank* | | |
| 455 | | | *Intentionally Blank* | | |
| 456 | | | *Intentionally Blank* | | |

USA PRELIMINARY EXHIBIT LIST

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 457 | | | *Intentionally Blank* | | |
| 458 | | | *Intentionally Blank* | | |
| 459 | | | *Intentionally Blank* | | |
| 460 | | | *Intentionally Blank* | | |
| 461 | | | *Intentionally Blank* | | |
| 462 | | | *Intentionally Blank* | | |
| 463 | | | *Intentionally Blank* | | |
| 464 | | | *Intentionally Blank* | | |
| 465 | | | *Intentionally Blank* | | |
| 466 | | | *Intentionally Blank* | | |
| 467 | | | *Intentionally Blank* | | |
| 468 | | | *Intentionally Blank* | | |
| 469 | | | *Intentionally Blank* | | |
| 470 | | | *Intentionally Blank* | | |
| 471 | | | *Intentionally Blank* | | |
| 472 | | | *Intentionally Blank* | | |
| 473 | | | *Intentionally Blank* | | |
| 474 | | | *Intentionally Blank* | | |
| 475 | | | *Intentionally Blank* | | |
| 476 | | | *Intentionally Blank* | | |
| 477 | | | *Intentionally Blank* | | |
| 478 | | | *Intentionally Blank* | | |
| 479 | | | *Intentionally Blank* | | |
| 480 | | | *Intentionally Blank* | | |
| 481 | | | *Intentionally Blank* | | |
| 482 | | | *Intentionally Blank* | | |
| 483 | | | *Intentionally Blank* | | |
| 484 | | | *Intentionally Blank* | | |
| 485 | | | *Intentionally Blank* | | |
| 486 | | | *Intentionally Blank* | | |
| 487 | | | *Intentionally Blank* | | |
| 488 | | | *Intentionally Blank* | | |
| 489 | | | *Intentionally Blank* | | |
| 490 | | | *Intentionally Blank* | | |
| 491 | | | *Intentionally Blank* | | |
| 492 | | | *Intentionally Blank* | | |
| 493 | | | *Intentionally Blank* | | |
| 494 | | | *Intentionally Blank* | | |
| 495 | | | *Intentionally Blank* | | |
| 496 | | | *Intentionally Blank* | | |

USA PRELIMINARY EXHIBIT LIST

| Exhibit No. | Beg. Bates | End Bates | General Description | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| **497** | | | Intentionally Blank | | |
| **498** | | | Intentionally Blank | | |
| **499** | | | Intentionally Blank | | |
| **500** | | | Intentionally Blank | | |