UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMAJANA HIDIC DEMIROVIC,<br><br>        Defendant. | Case No. 21-cr-00133-VC-1<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 102 |

The defendant's motion to dismiss counts four, six, and seven is denied.

**IT IS SO ORDERED.**

Dated: August 1, 2022

VINCE CHHABRIA
United States District Judge