UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMAJANA HIDIC DEMIROVIC,<br><br>        Defendant. | Case No. 21-cr-00133-VC-1<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. No. 77, 80, 84, 89 |

This order adjudicates pending motions to seal associated with the motions in limine:

- The Government's Motion to Seal Exhibits A and B to Government's First Motion in Limine (Dkt. No. 77) is granted.
- Demirovic's Motion to Seal Exhibit A to Defendant's Opposition to First Motion in Limine (Dkt. No. 89) is granted.
- Demirovic's Motion to Seal Exhibit A to Defense Motion in Limine (Dkt. No 80) is denied because Exhibit A was not filed on the docket as an attachment to the motion to seal. Exhibit A is not currently part of the record. If Demirovic wishes for Exhibit A to be part of the record, she can file a renewed motion to seal.
- Demirovic's Motion to Seal Exhibits E and F to Defense Motion in Limine (Dkt. No. 84) is denied because Exhibits E and F were not filed on the docket as attachments to the motion to seal. Exhibits E and F are not currently part of the record. If Demirovic wishes for Exhibits E and F to be part of the record, she can file a renewed motion to seal.

Any renewed motions should comply with Criminal Local Rule 56-1. In particular, the

2

renewed motions should include a table listing the proposed redactions and versions of the exhibits with those proposed redactions highlighted. Any renewed filings are due within 14 days of this order.

**IT IS SO ORDERED.**

Dated: September 15, 2022

VINCE CHHABRIA
United States District Judge