UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEMIROVIC,<br><br>　　　　　　Defendant. | Case No. 21-cr-00133-VC-1<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 126, 133, 140 |

This order disposes of the motions to seal associated with the defendant's sentencing:

- The government's motion to seal (Dkt. No. 126) is granted.

- As explained at the sentencing hearing, the defendant's motion to seal (Dkt. No. 133) the entirety of her sentencing memorandum and associated documents is denied as overbroad.

- The defendant's renewed motion to seal (Dkt. No. 140) Exhibit A to the sentencing memorandum and the quotes from Exhibit A included in the memorandum is granted.

**IT IS SO ORDERED.**

Dated: January 12, 2023

_____
VINCE CHHABRIA
United States District Judge