GAIL SHIFMAN (State Bar No. 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, California 94115
Telephone:   (415) 551-1500
Email:           gail@shifmangroup.com

Attorney for Defendant
RAMAJANA DEMIROVIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:21-cr-00133-VC |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER EXONERATING BAIL |
| RAMAJANA DEMIROVIC, | |
| Defendant. | |

Defendant RAMAJANA DEMIROVIC having been sentenced by this Court on January 5, 2023, and having surrendered on March 6, 2023 to serve the sentence imposed,

IT IS ORDERED that bail is exonerated.

Dated:  February 6, 2025

_____
VINCE CHHABRIA
United States District Judge